UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | * * * * | |
| vs. | * | CASE No.: 7:11-CR-48 |
| BASIL MOORE, | * * * | |
| Defendant. | * | |

## ORDER

The Court, having carefully considered the Defendant's Motion to Continue the captioned case until the next available Valdosta trial term, hereby finds that the ends of justice will be best served by granting the Motion to Continue in order to prevent a miscarriage of justice. It is, therefore, ordered that the above-styled case is continued until the Court's next Albany trial term to permit preparation for trial. The Court finds that the need for continuance outweighs the public's and defendant's interest in a speedy trial. Title 18 U.S.C. §3161 (h)(7)(A) and (h)(7)(B)(iv).

It is further ordered that the delay occasioned by this continuance shall be deemed excludable pursuant to the provision of Title 18, United States Code Section 3161 (h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED, this 12th day of December, 2011.

s/ Hugh Lawson
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
GEORGIA VALDOSTA DIVISION